NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERFECT SURGICAL TECHNIQUES, INC.,**
*Appellant*

**v.**

**OLYMPUS AMERICA, INC., OLYMPUS MEDICAL SYSTEMS CORPORATION,**
*Appellees*

---

2015-2045

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00241.

---

**JUDGMENT**

---

ROBERT E. FREITAS, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for appellant. Also represented by KAYLA ANN ODOM, DANIEL J. WEINBERG.

DEBORAH E. FISHMAN, Kaye Scholer LLP, Palo Alto, CA, argued for appellees. Also represented by MARISA ARMANINO WILLIAMS, KATIE JEANNINE LEWIS SCOTT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, SCHALL, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 9, 2016          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court